UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEY BUTLER | CIVIL ACTION |
| VERSUS | NO: 08-5230 |
| BOARD OF SUPERVISORS OF LSU AND AM COLLEGE | SECTION: A/2 |

**O R D E R**

This Court having been advised that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge; accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby **VACATED**, except for pretrial matters so referred under L.R. 72.1E..

**IT IS FURTHER ORDERED** that the scheduling conference previously set before the Magistrate Judge is now RESET for **July 15, 2009 at 2:30 p.m.** by telephone before the Case Manager. The Case Manager will initiate the call.

New Orleans, Louisiana this 2nd day of July 2009.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE